955 A.2d 353

**COMMONWEALTH of Pennsylvania, Respondent**

v.

**Herbert J. BLAKENEY, Petitioner.**

Supreme Court of Pennsylvania.

Aug. 21, 2008.

### *ORDER*

PER CURIAM.

**AND NOW,** this 21st day of August, 2008, the Petition for Leave to File Petition for Allowance of Appeal *Nunc Pro Tunc* is **DENIED.**